IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR VOLUSIA COUNTY
CIVIL DIVISION

REGIONS BANK D/B/A REGIONS MORTGAGE,

    Plaintiff,

-vs-

    Case No.:
    Division:

BLUE STAR HOLDINGS; OCEANS WEST ONE
CONDOMINIUM ASSOCIATION, INC., A FLORIDA
NOT FOR PROFIT CORPORATION; UNKNOWN
TENANT # 1; AND UNKNOWN TENANT # 2

    Defendants.
_____/

## VERIFIED COMPLAINT FOR FORECLOSURE

Plaintiff, REGIONS BANK D/B/A REGIONS MORTGAGE, sues Defendants, BLUE STAR HOLDINGS; OCEANS WEST ONE CONDOMINIUM ASSOCIATION, INC., A FLORIDA NOT FOR PROFIT CORPORATION; UNKNOWN TENANT # 1; AND UNKNOWN TENANT # 2; and alleges:

1. This is an action to foreclose a Mortgage on real property located in Volusia County, Florida.

2. PHILLIP SETH THOMAS, executed and delivered a Promissory Note dated February 19, 2008 to REGIONS BANK D/B/A REGIONS MORTGAGE. A copy of the Note is attached hereto and incorporated herein by reference.

3. PHILLIP SETH THOMAS, AN UNMARRIED MAN, executed and delivered a Mortgage dated February 19, 2008 securing payment of the Note to REGIONS BANK D/B/A REGIONS

MORTGAGE. The Mortgage was recorded on February 21, 2008, in Official Records Book 6195, at Page3866, of the Public Records of Volusia County, Florida, and mortgaged the property described in the Mortgage which was then owned by and in possession of the mortgagor. A copy of the Mortgage is attached hereto and incorporated herein by reference.

4. Plaintiff owns and holds said Note and Mortgage.

5. The property is now owned by Defendant, BLUE STAR HOLDINGS.

6. Plaintiff's Note and Mortgage are in default for failure to pay the payment due on June 01, 2017, and all subsequent payments.

7. Plaintiff sent PHILLIP SETH THOMAS, notices of default and an opportunity to cure by letter dated September 20, 2017 (the "Notice of Default"). The Notices of Default also advised PHILLIP SETH THOMAS, of available home ownership counseling services. A copy of the Notices of Default are attached hereto and incorporated herein by reference.

8. Plaintiff declares the full amount due under said Note and Mortgage to be now due and owing.

9. Plaintiff is owed $104,770.25 that is due on principal on the Note and Mortgage, together with interest thereon from May 01, 2017, and title search expense for ascertaining necessary parties to this action.

10. Plaintiff is obligated to pay the undersigned attorneys a reasonable fee for their services herein.

11. All conditions precedent to the bringing of this action have been performed or have occurred.

12. Defendant, OCEANS WEST ONE CONDOMINIUM ASSOCIATION, INC., A FLORIDA NOT FOR PROFIT CORPORATION, may seek to claim an interest in the property sought to be foreclosed herein by virtue of assessments which the Defendant is authorized to assess and collect under the Declaration of Condominium or Declaration of Covenants, Conditions or Restrictions, but whatever interest said Defendant, OCEANS WEST ONE

CONDOMINIUM ASSOCIATION, INC., A FLORIDA NOT FOR PROFIT CORPORATION, may seek to claim in the subject property is inferior and subordinate to the lien of Plaintiff's first mortgage of record.

13. Defendants, UNKNOWN TENANT #1 and UNKNOWN TENANT #2, may seek to claim some interest in the real property herein sought to be foreclosed as tenants in possession of the property under an oral or written rental agreement, the terms of which are unknown to the Plaintiff, but whatever interest said Defendants, UNKNOWN TENANT #1 and UNKNOWN TENANT #2, may seek to claim in the subject property is inferior and subordinate to the lien of Plaintiff's mortgage.

14. In order to protect its security, the Plaintiff may have advanced and paid real property taxes on the subject property, premiums on insurance required by the mortgage, and other necessary costs, or may be required to make such advances during the pendency of this action. All such sums so paid are secured by the Plaintiff's mortgage.

15. The Defendant(s) named herein that are alleged to personally owe the debt to the Plaintiff have certain rights under the Fair Debt Collection Practices Act, 15 U.S.C. Sec. 1692. The Notice Required by Law to be given to those defendant(s) is as follows:

THE PLAINTIFF IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

THE AMOUNT OF THE DEBT IS STATED IN PARAGRAPH 9 ABOVE. THE AMOUNT OF THE DEBT STATED IN THIS COMPLAINT IS BELIEVED TO BE DUE AND OWING BY THE PERSONS NAMED IN THIS SUIT AS MAKERS OF THE NOTE OR AS ASSUMERS OF THE DEBT (REFERRED TO HERE AS "CONSUMER"). THE PLAINTIFF IS THE CREDITOR TO WHOM THE DEBT IS OWED OR IS THE SERVICING AGENT FOR THE CREDITOR. (THE LAW FIRM REPRESENTING THE

PLAINTIFF, WHOSE NAME AND ADDRESS IS AT THE END OF THE COMPLAINT, IS THE "DEBT COLLECTOR".)

UNLESS THE CONSUMER, WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTES THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, THE DEBT WILL BE ASSUMED TO BE VALID BY THE DEBT COLLECTOR.

IF THE CONSUMER NOTIFIES THE DEBT COLLECTOR IN WRITING WITHIN THE THIRTY-DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, THE DEBT COLLECTOR WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST THE CONSUMER AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO THE CONSUMER BY THE DEBT COLLECTOR; AND

UPON THE CONSUMER'S WRITTEN REQUEST WITHIN THE THIRTY-DAY PERIOD, THE DEBT COLLECTOR WILL PROVIDE THE CONSUMER WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

WHEREFORE, Plaintiff demands:

1st.   That an accounting may be taken of the sums due to Plaintiff under said Note and Mortgage and, if the same are not paid within the time set by this Court, that said property be sold to satisfy Plaintiff's claim.

2nd.   That the right, title, interest and estate of the Defendants and all persons claiming by, through or under the Defendants since the filing of the Lis Pendens herein be foreclosed.

3rd.   That the Court award Plaintiff its reasonable attorney's fees and costs as set forth in Plaintiff's Note and Mortgage.

4th.    That the Court grant such other and further relief as appears just and equitable in the circumstances, and, if the proceeds of sale are insufficient to satisfy Plaintiff's claim, that a deficiency judgment be entered, upon application to the Court, except as to any defendant who

(THE BALANCE OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK)

has been discharged in bankruptcy or against whom an automatic stay is in effect.

Dated this 3rd day of April, 2018.

GIBBONS NEUMAN

By: _____
ROD B. NEUMAN, Esquire
Florida Bar No. 748978
Primary Email: RNeuman@gibblaw.com
Secondary Email: RNeuman@gmail.com
3321 Henderson Boulevard
Tampa, Florida 33609
(813) 877-9222
ATTORNEYS FOR PLAINTIFF

NOTE: THIS COMMUNICATION, FROM A DEBT COLLECTOR, IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

## VERIFICATION

I, __Steven Purser__, am a __Vice President__ of Plaintiff, REGIONS BANK D/B/A REGIONS MORTGAGE. Under penalty of perjury, I declare that I have read the foregoing and the facts alleged therein are true and correct to the best of my knowledge and belief.

_____
Signature

__Steven Purser__
Printed name

STATE OF __MISSISSIPPI__
COUNTY OF __FORREST__

SWORN TO AND SUBSCRIBED before me on this __8th__ day of __March__, 2018, by __Steven Purser__ in his/her capacity as __Vice President__ of __Regions Bank__, who:

__X__ is personally known to me; or
_____ produced as identification _____

_____
Notary Public
[Affix notary seal bearing commission number and expiration date]

[SEAL]

6